AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

Luis Arturo VAZQUEZ-Ramirez

*Defendant(s)*

Case No: 21-1709 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of November 17, 2021 in the county of Luna in the State and District of New Mexico, the defendant violated 8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections), an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise

This criminal complaint is based on these facts:
On November 17, 2021 at approximately 1315 hours, Deming Control advised Deming Border Patrol Agents that a New Mexico State Police Officer requested assistance from Border Patrol on a vehicle stop on New Mexico State Road (NMSR) 9 near mile-marker 84. As the agents arrived on scene of the vehicle stop, New Mexico State Police (NMSP) advised the agents that he had pulled the vehicle over for a tinted license plate cover and dark tinted windows. NMSP had the driver, Luis Arturo VAZQUEZ-RAMIREZ, out of the vehicle for questioning. As agents approached VAZQUEZ-RAMIREZ, agents identified themselves as Border Patrol Agents. Agents asked VAZQUEZ-RAMIREZ to where he was driving and he stated he was driving to Deming, NM from Las Cruces, NM and would be using NMSR 146 to get to Deming.

☒ Continued on the attached sheet.

*Complainant's signature*

Daniel Davidson, Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 19, 2021

*Judge's signature*

City and state: Las Cruces, N.M.

Kevin R. Sweazea, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
VS
Luis Arturo VAZQUEZ-Ramirez

This route of travel is highly unusual when travelling to Deming from Las Cruces because it would completely circumvent Deming and is notoriously used by smugglers to avoid the Border Patrol Stations' Immigration checkpoints located on NMSR 11 and Interstate 10.
As agents approached the vehicle (Mercury Grand Marquis), agents encountered the two male passengers. The agents identified themselves as a Border Patrol Agents and immediately noticed both individuals attempting to avoid eye contact, one of the individual's knees were vigorously shaking and the other individual seemed to be breathing heavily. The agents then proceeded to do an immigration check on both individuals and asked if they had any form of identification. They replied by telling the agents they did not have any identification and that they were claiming to be U.S. citizens. The agents then followed up by asking them if they had a social security number to which they both replied "no." Record checks were then requested on both individuals. The record checks for both came back from Deming Control with no record of U.S. citizens with their name and date of birth. Both individuals recanted their previous statements and admitted to being illegally present in the United States and then proceeded to hand over their identification cards from Mexico.
New Mexico State Police later opened the vehicle trunk and found an individual concealing himself inside. Agents identified themselves as United States Border Patrol then questioned the individual as to his citizenship. The individual freely stated that he was a citizen of Mexico and that he was here in the United States illegally. The driver and the three passengers were placed under arrest and taken to the Deming Border Patrol Station for further questioning.

Though not verbatim, the driver, Luis Arturo VAZQUEZ-Ramirez, provided the following statement as to his involvement in the failed alien smuggling scheme.

VAZQUEZ-Ramirez initially stated his brother was threatened by unknown individuals and to protect his brother, had to transport Undocumented Non-Citizens (UNC). After further questioning, VAZQUEZ-Ramirez retracted this statement and stated he was transporting the UNCs for monetary compensation and protection, in the event he would need it, by the individuals he was working for. VAZQUEZ-Ramirez then stated that on or about November 16, 2021, VAZQUEZ-Ramirez was instructed to drive to an unknown location and pick-up an unknown amount of UNCs. After picking up three (3) UNCs, VAZQUEZ-Ramirez drove to his house where he sheltered the UNCs until the morning hours of November 17, 2021. On November 17, 2021, VAZQUEZ-Ramirez instructed the 3 UNCs to enter the vehicle he would use to transport them. To avoid attracting attention from law enforcement, VAZQUEZ-Ramirez decided and instructed one of the UNCs to hide inside the vehicle's trunk. Shortly thereafter, VAZQUEZ-Ramirez departed his residence and began driving west along New Mexico State Road (NMSR) 9 towards Phoenix, Arizona. VAZQUEZ-Ramirez stated he was instructed to transport the 3 UNCs to Phoenix, AZ in exchange for $1,000.00 per UNC. VAZQUEZ-Ramirez was driving along NMSR 9 as he was instructed until he was pulled over by New Mexico State Police and then taken into custody by United States Border Patrol Agents.
VAZQUEZ-Ramirez further admitted to having transported UNCs to Phoenix, AZ and Albuquerque, NM on several occasions. During those events, VAZQUEZ-Ramirez stated he transported approximately twenty-six (26) UNCs in total.
VAZQUEZ-Ramirez additionally stated the funds he used to purchase the Mercury Grand Marquis were provided by the subjects he was working for.

_____
United States Magistrate Judge

_____
Daniel Davidson
Border Patrol Agent

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
VS
Luis Arturo VAZQUEZ-Ramirez

DISPOSITIONS

AUSA Mark Saltman was contacted and approved criminal prosecution under 8 USC 1324 (Conspiracy to Transport Illegal Aliens.) for Luis Arturo VAZQUEZ-Ramirez.

_____
United States Magistrate Judge

_____
Daniel Davidson
Border Patrol Agent